1014

[No. 39463-4-II.   Division Two.   October 20, 2010.]

JOHN E. COOK, *Respondent*, v. A. DIANE BRATENG, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 01-2-00330-7, Michael J. Sullivan, J., entered May 26, 2009. *Reversed* and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Hunt and Van Deren, JJ.

[No. 27976-6-III.   Division Three.   October 21, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. BRAD M. SELF, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 07-1-03420-1, Michael P. Price, J., entered March 13, 2009. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kulik, C.J., and Siddoway, J.

[No. 28061-6-III.   Division Three.   October 21, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. FOUSSEYNI KONE, *Appellant*.

Appeal from a judgment of the Superior Court for Whitman County, No. 08-1-00105-3, David Frazier, J., entered April 17, 2009. *Affirmed in part* and *remanded* by unpublished opinion per Korsmo, A.C.J., concurred in by Sweeney and Brown, JJ.

[No. 28306-2-III.   Division Three.   October 21, 2010.]

THE STATE OF WASHINGTON, *Appellant*, v. RICHARD A. BOLING, *Respondent*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 08-1-00143-9, Robert L. Zagelow, J., entered August 14, 2009. *Affirmed* by unpublished opinion per Kulik, C.J., concurred in by Sweeney and Brown, JJ.